

# NUMBER 13-14-00380-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

| | |
|---|---|
| **LAWRENCE JAMES JR.,** | **Appellant,** |
| **v.** | |
| **THE STATE OF TEXAS,** | **Appellee.** |

---

### On appeal from the 252nd District Court
### of Jefferson County, Texas.

---

# ORDER ABATING APPEAL

### Before Justices Benavides, Perkes, and Longoria
### Order Per Curiam

This cause is before the Court on appellant's motion to supplement the reporter's

record.[1]  The reporter's record in this cause was filed on July 30, 2014.  Appellant has

---

[1] This case is before the Court on transfer from the Ninth Court of Appeals in Beaumont pursuant to a docket equalization order issued by the Supreme Court of Texas.  *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2013 3d C.S.).

advised this Court that the reporter's record does not contain the following relevant items: pre-trial proceedings held on April 28, 2014, and voir dire proceedings held on April 29, 2014.

When a relevant item has been omitted from the reporter's record, the appellate court may by letter direct the trial court clerk to prepare, certify, and file in the appellate court a supplemental reporter's record containing the omitted items. *See* TEX. R. APP. P. 34.6(d). Accordingly, appellant's motion to supplement the reporter's record is GRANTED and the appeal is ABATED.

The trial court clerk of the 252nd District Court of Jefferson County is directed to prepare a supplemental reporter's record in this cause to include pre-trial proceedings held on April 28, 2014, and voir dire proceedings held on April 29, 2014, in trial court cause number 12-14114. The supplemental record shall be filed with this Court within 30 days from the date of this order.

This appeal will be reinstated upon receipt of the supplemental reporter's record and upon further order of this Court.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
Tex. R. App. P. 47.2(b).

Delivered and filed the
12th day of January, 2015.

2